# Third District Court of Appeal

## State of Florida

Opinion filed September 14, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2106
Lower Tribunal No. 21-717
_____

**J.C.W., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Orlando A. Prescott, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before SCALES, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>B.B. v. State</u>, 315 So. 3d 95, 98-99 (Fla. 3d DCA 2020) (holding in a case in which a juvenile was adjudicated delinquent for resisting an officer without violence, that the arresting officer, who had stopped a vehicle suspected of being stolen and detained a passenger, was engaged in the lawful execution of a legal duty).